UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTEA COOPER,<br>CDCR #BT-9633,<br><br>                   Plaintiff,<br><br>vs.<br><br><br>Dr. NICHOLAS,<br><br>                   Defendant. | Case No.: 24-cv-01585-WQH-BJW<br><br>**ORDER** |

HAYES, Judge:

    On November 29, 2024, Plaintiff Dantea Cooper ("Plaintiff") filed the First Amended Complaint ("FAC"). (ECF No. 8.)

    On May 27, 2025, the Court issued an Order dismissing Plaintiff's FAC for failing to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1). (ECF No. 10.) The Court also granted Plaintiff forty-five (45) days from the date of that Order to file a Second Amended Complaint. (*Id.* at 7–8.)

    On September 3, 2025, the Court issued an Order extending the deadline for Plaintiff to file a Second Amended Complaint to October 13, 2025. (ECF No. 12.) The Court

cautioned that, "[i]f Plaintiff fails to file a Second Amended Complaint on or before October 13, 2025, however, the Court will enter a final Order dismissing this civil action based on both his failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b) and his failure to prosecute in compliance with a court order requiring amendment." (*Id.* at 2.)

The docket reflects that Plaintiff has not filed a Second Amended Complaint.

IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice for failing to state a claim upon which § 1983 relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1), and for failure to prosecute as required by the Court's May 27, 2025 Order. The Clerk of Court shall close this case.

Dated: November 6, 2025

Hon. William Q. Hayes
United States District Court